# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

IN RE: CHILD DEVELOPMENT INC.    CASE NO. 4:14-bk-11944
                                 CHAPTER 7

### ORDER GRANTING APPLICATION FOR UNCLAIMED FUNDS

Before the Court is the *Application for Unclaimed Funds* in the amount of $297.74 filed by Unclaimed Funds Recovery Services VII Inc. as assignee of Linda Metcalf. Funds in that amount are currently being held in the U.S. Treasury, having previously been determined by the trustee to be due Linda Metcalf. A review of the application and the case record has shown to the satisfaction of the Court that Linda Metcalf is entitled to these funds and the Court hereby directs the Clerk of Court to disburse the amount of $297.74 to Unclaimed Funds Recovery Services VII Inc., 2885 Sanford Ave SW #37848, Grandville, MI 49418.

HONORABLE PHYLLIS M. JONES
UNITED STATES BANKRUPTCY JUDGE

Date: 4/28/2021

cc: Unclaimed Funds Recovery Services VII Inc., 2885 Sanford Ave SW #37848, Grandville, MI 49418
Trustee